THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

O
JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$12,000 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____<br>JESSICA FEENSTRA,<br><br>    Claimant.<br>_____ | NO.  CV 07-6196 CAS (JTLx)<br><br>[Proposed]<br><br>CONSENT JUDGMENT OF FORFEITURE |

    This action was filed on September 25, 2007. Notice was given and published in accordance with law. Claimant Jessica Feenstra filed a claim opposing forfeiture on October 11, 2007 and an answer on October 26, 2007. No other claims or answers have been filed, and the time for filing such claims and answers has expired.

Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $6,000.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $6,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant Jessica Feenstra. Said funds shall be forwarded by check made payable to "Jessica Feenstra" and shall be mailed to Jessica Feenstra, c/o David M. Nisson, Esq., 17291 Irvine Blvd., Suite 311, Tustin, California 92780.

//

5. Claimant hereby releases the United States of America,

1       its agencies, agents, and officers, including employees
2       and agents of the United States Postal Inspection
3       Service, from any and all claims, actions or liabilities
4       arising out of or related to this action, including,
5       without limitation, any claim for attorney's fees, costs
6       or interest which may be asserted on behalf of the
7       claimants, whether pursuant to 28 U.S.C. § 2465 or
8       otherwise.

9   6.  Plaintiff, United States of America, agrees that it will
10      not seek to recover civil sanctions (except to the extent
11      that the forfeiture of the defendant currency can be
12      considered a civil sanction), attorney's fees or costs in
13      connection with this action or the underlying seizure.

14   7.  The Court finds that there was reasonable cause for the
15      seizure of the defendant currency and institution of
16      these proceedings. This judgment shall be construed as
17      a certificate of reasonable cause pursuant to 28 U.S.C.
18      § 2465.

19
20 Dated: June 6, 2008        */s/ Christina A. Snyder*
                        THE HONORABLE CHRISTINA A. SNYDER
                        UNITED STATES DISTRICT JUDGE

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**Approved as to form and content:**

Dated: May <u>23</u>, 2008        THOMAS P. O'BRIEN
                                  United States Attorney
                                  CHRISTINE C. EWELL
                                  Assistant United States Attorney
                                  Chief, Criminal Division
                                  STEVEN R. WELK
                                  Assistant United States Attorney
                                  Chief, Asset Forfeiture Section


                                       /S/
                                  ─────────────────────────────
                                  FRANK D. KORTUM
                                  Assistant United States Attorney
                                  Asset Forfeiture Section

                                  Attorneys for Plaintiff
                                  United States of America


Dated: May <u>23</u>, 2008

                                       /S/
                                  ─────────────────────────────
                                  DAVID M. NISSON
                                  Counsel for Claimant
                                  JESSICA FEENSTRA

4